**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jesus Monteagudo_____ JOINT DEBTOR: _____ CASE NO.: 14-33652-LMI
Last Four Digits of SS# xxx-xx-2872  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 785.60 ___ for months __1__ to __60__;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00+ $2100.00= $5,600.00  TOTAL PAID $ 3600.00
Balance Due   $ 2,000.00   payable $ 60.00 /month (Months __1__ to __60__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. JP Morgan Chase Bank, N.A._____   LMM Payment   $ 635.28 months 1 to 60)
Address: P.O. Box 65954_____
         San Antonio, TX 78565_____
Account No: Loan No. Xxxxxx5205_____

2. _____   Arrearage on Petition Date $_____
Address:_____        Arrears Payment   $_____/month (Months _____ to _____)
         _____        Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | Homestead Value $104,080.00 | 0 % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. N/A_____   Total Due     $_____
                          Payable   $_____/month (Months____ to ___) Regular Payment $_____
2. _____   Total Due $_____
                          Payable   $_____/month (Months____ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 11.76 /month (Months __1__ to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Michael Marcer, Esq.
Attorney for debtor
12/19/14

LF-31 (rev. 01/08/10)